# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0314–5 | User: AutoDocketer | Date Created: 11/9/2022 |
| Case: 5:22–bk–01875–MJC | Form ID: ordsmiss | Total: 10 |

**Recipients of Notice of Electronic Filing:**

| | | |
|---|---|---|
| ust | United States Trustee | ustpregion03.ha.ecf@usdoj.gov |
| tr | Jack N Zaharopoulos (Trustee) | info@pamd13trustee.com |
| aty | Charles G. Wohlrab | cwohlrab@raslg.com |

TOTAL: 3

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

| | | | | |
|---|---|---|---|---|
| db | Lisa Smith | 1224 Allegheny Dr. | Blakeslee, PA 18610 | |
| cr | PNC Bank, National Association | Robertson, Anschutz, Schneid, Crane & Pa | 130 Clinton Road, Suite 202 | Fairfield, NJ 07004 |
| 5499612 | LVNV Funding, LLC | Resurgent Capital Services | PO Box 10587 | Greenville, SC 29603–0587 |
| 5498290 | PNC Bank | 249 Fifth Ave | Pittsburgh, PA 15222 | |
| 5501801 | PNC Bank, National Association | Robertson, Anschutz, Schneid, Crane | 130 Clinton Road, Suite 202 | Fairfield NJ, 07004 |
| 5501966 | SANTANDER CONSUMER USA | P. O. Box 560284 | Dallas, TX 75356 | |
| 5498888 | U.S. Department of Housing and Urban Development | 11th Floor 100 Penn Square East | Philadelphia, PA 19107 | |

TOTAL: 7